**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher Raphael WOODBERRY,
Defendant–Appellant.**

**No. 10–7580.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 23, 2011.

Christopher Raphael Woodberry, Appellant Pro Se. Rose Mary Sheppard Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Raphael Woodberry appeals the district court's order denying his motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Woodberry*, No. 4:02–cr–00040–TLW–1 (D.S.C. Oct. 26, 2010). We deny Woodberry's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*